David J. HOLMAN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 67644.

Missouri Court of Appeals,
Western District.

Jan. 29, 2008.

Susan Lynn Hogan, State Public Defender Office, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Shaun Mackelprang and Mary H. Moore, Office of Attorney General, Jefferson City, for respondent.

Before RONALD R. HOLLIGER, Presiding Judge, HAROLD L. LOWENSTEIN, Judge, and THOMAS H. NEWTON, Judge.

### ORDER

David J. Holman appeals from the denial of his Rule 24.035 motion for ineffective assistance of counsel. We have reviewed the briefs of the parties and the record on appeal and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. Judgment affirmed pursuant to Rule 84.16(b).

∎

Mark M. JONES, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 67709.

Missouri Court of Appeals,
Western District.

Jan. 29, 2008.

Nancy A. McKerrow, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun Mackelprang and Roger Johnson, Office of Attorney General, Jefferson City, for respondent.

Before VICTOR C. HOWARD, Chief Judge, PAUL M. SPINDEN, Judge, and RONALD R. HOLLIGER, Judge.

### ORDER

Mark Jones ("Jones") appeals the denial of his Rule 29.15 motion after an evidentiary hearing where he claimed that he was denied his constitutional right to represent himself because of the ineffectiveness of his trial counsel.

Having reviewed the record on appeal, the court finds that no jurisprudential purpose would be served by a formal written opinion, and the judgment is affirmed pursuant to Rule 84.16(b).